IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  CASE NO: 05-80415

WILLIAM L. MYERS  CHAPTER 7
JANET L MYERS
    Debtor(s)  HON. MARILYN SHEA-STONUM
BANKRUPTCY JUDGE

## TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    Claim #1    TC Companies / Dr. Steven Cremer    $611.65
                 2115 Lindbergh
                 Stow, OH  44224

*Ck #2014*
*Receipt # 80877*

2. Your trustee's check for $611.65 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: August 31, 2009

                                              Marc P. Gertz, #0003808
                                              Chapter 7 Trustee
                                              Goldman & Rosen, Ltd.
                                              11 S. Forge St.
                                              Akron, OH  44304
                                              Phone: 330.376.8336
                                              Fax: 330.376.2522
                                              mpgertz@goldman-rosen.com